UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-61558-KMM

JERALD PAUL,

    Plaintiff,

vs.

ONEMAIN FINANCIAL GROUP, LLC

    Defendant.

_____/

## JOINT STATUS REPORT

Plaintiff, JERALD PAUL ("Plaintiff"), and Defendant, ONEMAIN FINANCIAL GROUP, LLC ("Defendant") (collectively the "Parties"), by and through the undersigned counsel, hereby file this Joint Status Report and state:

1. This action was commenced on August 6, 2017. [DE 1]

2. On September 11, 2017, Defendant filed its unopposed motion to compel arbitration and stay the litigation, and memorandum of law in support ("Defendant's Motion"). [DE 10]

3. Subsequent to the filing of the Defendant's Motion, the Plaintiff has submitted his claims to binding arbitration commencing arbitration proceedings with the American Arbitration Association pursuant to its Consumer Arbitration Rules.

4. On October 20, 2017, the Court entered its order staying the case and requiring periodic status reports. [DE 13].

5. The current status is as follows:

6. The arbitrator Elaine Feldman ("Arbitrator") has been appointed.

30924313 v1

2

7. At the parties' mutual request, the Arbitrator entered a confidentiality order to permit the parties to exchange evidence for the purposes of facilitating settlement discussions.

8. The parties and the Arbitrator completed the conference call regarding scheduling on December 20, 2017 for purposes of formulating a scheduling order. The date September 17, 2018 was reserved for the Final Hearing.

9. In light of the pendency of the arbitration proceedings, the parties agree the case before the Court should remain stayed.

Stipulated this 27th day of December, 2017,

| | |
|---|---|
| */s/Yechezkel Rodal* | */s/Nicholas S. Agnello* |
| Yechezkel Rodal, Esq. (FL Bar No. 91210) | **Nicholas S. Agnello, Esq. (FL Bar No. 90844)** |
| RODAL LAW, P.A. | David A. Elliott, Esq. (FL Bar No. 94237) |
| 3201 Griffin Road, Suite 203 | BURR & FORMAN, LLP |
| Dania Beach, FL 33312 | 350 East Las Olas Blvd., Suite 1440 |
| Telephone: (954) 367-5308 | Fort Lauderdale, Florida 33301 |
| Facsimile: (954) 272-7587 | Telephone: 954-414-6202 |
| Email:  chezky@rodallaw.com | Facsimile: 954-414-6201 |
| *Counsel for Plaintiff* | Primary Email: FLService@burr.com |
| | Secondary Email: nagnello@burr.com |
| | Secondary Email: rzamora@burr.com |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 27, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon:

Yechezkel Rodal, Esq.
RODAL LAW, P.A.
3201 Griffin Road, Suite 203
Dania Beach, FL 33312
Email: chezky@rodallaw.com
*Attorney for Plaintiff*

    */s/ Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No. 90844)
BURR & FORMAN LLP