**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-cv-61558-KMM**

JERALD PAUL,

    Plaintiff,

vs.

ONEMAIN FINANCIAL GROUP, LLP

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Jerald Paul, and the Defendant, OneMain Financial Group, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of March, 2018.

| | |
|---|---|
| */s/ Yechezkel Rodal* | *David A. Elliott* |
| Yechezkel Rodal, Esq. | David A. Elliott, Esq. |
| Florida Bar No.: 91210 | Florida Bar No.: 94237 |
| RODAL LAW, P.A. | BURR & FORMAN LLP |
| 3201 Griffin Road, Suite 203 | 350 East Las Olas Blvd., Suite 1440 |
| Dania Beach, FL 33312 | Birmingham, AL 35203 |
| Telephone: 954-367-5308 | Telephone: 945-414-6202 |
| Fax: 954-272-7587 | Fax: 954-414-6201 |
| chezky@rodallaw.com | delliott@burr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

31419141 v1